IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| MARIA M. ALFARO-BARRERA, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180344R |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter came before the court on its Order Granting Defendant's Motion to Dismiss, entered January 8, 2019, incorporated herein by reference, dismissing Plaintiff's appeal as untimely under ORS 305.280(2).  The court did not receive a statement of costs and disbursements within 14 days after its Order Granting Defendant's Motion to Dismiss was entered.  *See* Tax Court Rule – Magistrate Division (TCR-MD) 16 C(1).  Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal be dismissed.

Dated this ___ day of February 2019.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by* <u>*mailing*</u> *to: 1163 State Street, Salem, OR 97301-2563; or by* <u>*hand delivery*</u> *to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within* <u>*60*</u> *days after the date of this Decision of Dismissal or this Decision of Dismissal cannot be changed.  TCR-MD 19 B.*

*This document was signed by Magistrate Davis and entered on February 5, 2019.*